

# NUMBER 13-20-00564-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DEMPSIE CLINTON
AND VICTORIA CLINTON,                                        Appellants,

v.

LEOBARDO ARAGUZ,                                              Appellee.

On appeal from the 107th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Longoria**

Appellants Dempsie Clinton and Victoria Clinton filed a notice of appeal regarding

a ruling rendered against them under the Texas Citizens Participation Act (TCPA). *See*

TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.001–.011 (codifying the TCPA). However, they

have now filed an amended motion to dismiss their interlocutory appeal in this case. Appellants assert that they wish to "pursue alternative summary remedies in the trial court." Appellee Leobardo Araguz does not oppose the appellants' amended motion to dismiss their appeal.

The Court, having examined and fully considered the amended motion to dismiss, is of the opinion that it should be granted. *See* TEX. R. APP. P. 42.1(a)(1) ("In accordance with a motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled."). Accordingly, we grant the appellants' amended motion to dismiss and we dismiss the appeal. Appellants do not indicate that they have reached an agreement regarding the assessment of costs, therefore, costs will be taxed against appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant[s]."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed on the
11th day of March, 2021.

2